In the Matter of the Claim of EDWARD CLARK, Respondent, against THE BARTLETT-HAYWARD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOSEPH HUBER, Respondent, against A. J. & J. J. McCOLLUM, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of PETER HAVERHALS, Respondent, against THEODORE BADMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See 243 App. Div. 848.]

In the Matter of the Claim of ANTONINA LA MORTICELLA, Respondent, against LA MORTICELLA BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— On September 24, 1925, while Paul La Morticella was engaged in a cellar excavation he was accidentally struck on the head by some part of a tree which he was removing, resulting in his death. The insurance carrier had written a policy to La Morticella Brothers. There had been a corporation, Jackson-La Morticella Brothers, Inc., and papers had been signed changing the name to La Morticella Brothers, Inc., and left in a lawyer's office to be filed; they had not been filed. The insurance company knew all about the change of corporate name. The policy was issued in the name of La Morticella Brothers, indicating that it was a copartnership. This was done without their knowledge. It was intended to cover the operation upon which the deceased was injured and the premium was collected upon the payroll which included his wages. Held, that the State Industrial Board was warranted in reforming the policy. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ANTHONY BINNER, Respondent, against F. P. RUNG FURNITURE Co., INC., Employer, Appellant, and ROYAL INDEMNITY COMPANY, Insurance Carrier. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend decision [243 App. Div. 843] granted to the extent of allowing disbursements of sixteen dollars and fifty cents to the insurance carrier against the employer, and by apportioning the costs granted to the State Industrial Board between the insurance carrier and the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.